■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PETER SOTO, Appellant. [847 NYS2d 893]—Judgment, Supreme

Court, Bronx County (Joseph Dawson, J.), rendered on or about October 25, 2005, unanimously affirmed. No opinion. Order filed. Concur—Mazzarelli, J.P., Saxe, Marlow, Catterson and Malone, JJ.